**Affirm and Opinion Filed October 6, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01524-CR

## TONY ANTHONY JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F10-11121-X**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Francis and Myers
Opinion by Chief Justice Wright

Tony Anthony Johnson appeals from the adjudication of his guilt for forgery by check. *See* TEX. PENAL CODE ANN. § 32.21(b), (d) (West 2011). The trial court assessed punishment at three years' imprisonment. On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se

response.  *See Kelly v. State*, 2014 WL 2865901 (Tex. Crim. App. June 25, 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

         /Carolyn Wright/
         CAROLYN WRIGHT
Do Not Publish          CHIEF JUSTICE
Tex. R. App. P. 47
131524F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TONY ANTHONY JOHNSON,
Appellant

No. 05-13-01524-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 6 of Dallas County, Texas (Tr.Ct.No.
F10-11121-X).
Opinion delivered by Chief Justice Wright,
Justices Francis and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 6, 2014